nied.   *Messrs. Maurice J. Zucker* and *Louis D. Goldberg* for petitioner.   *Mr. Francis Lafferty* for respondent.

No. 533.   GREENHUT, TRUSTEE IN BANKRUPTCY, *v.* ASSSOCIATED COMPANY.   November 20, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Messsrs. Maurice J. Zucker* and *Louis D. Goldberg* for petitioner.   *Mr. Francis Lafferty* for respondent.

No. 536.   ALTVATER ET AL. *v.* FREEMAN ET AL.   November 20, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Messrs. Samuel E. Darby, Jr.,* and *Lawrence C. Kingsland* for petitioners.   *Messrs. John H. Bruninga, Charles E. Riordon,* and *C. Russell Riordon* for respondents.

No. 537.   ROSENBERG ET AL. *v.* LEWIS, COLLECTOR OF INTERNAL REVENUE.   November 20, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Adolphus E. Graupner* for petitioners.   *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 540.   CURTISS-WRIGHT FLYING SERVICE, INC. *v.* GLOSE.   November 20, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Messrs. Henry G. Hotchkiss* and *James D. Carpenter, Jr.,* for petitioner.   *Mr. John W. Griffin* for respondent.